UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| FARIBA YOUSEFZADEH, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 2:25-cv-00259-JCN |
| | ) | |
| METROPOLITAN LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant | ) | |

**PROCEDURAL ORDER**

After a conference with counsel on November 2, 2026, to discuss the parties' motions for judgment on the record, as discussed on the record, the Court orders:

1. On or before November 6, 2026, the parties shall confer and, if in agreement, file a stipulation regarding the involvement of RTX Corporation in this case. If the parties are unable to stipulate, the parties may request a conference with the Court to discuss the issue.
2. On or before November 6, 2026, Plaintiff may file a statement of legal authority as discussed during the November 2, 2026, conference.
3. On or before November 13, 2026, Defendant may file a response to Plaintiff's statement of legal authority and may include a list of additional legal authority.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 3rd day of November, 2026.